Name: Daniel E Morris | DOB: 9/25/1949 | MRN: 2086580401 | PCP: MEGAN M CRYAN, APRN-CNP

## Letter Details



Daniel E Morris

December 11, 2018

Patient: **Daniel E Morris**
Date of Birth: **9/25/1949**
Date of Visit: **12/11/2018**

To Whom It May Concern:

This letter is to inform you that Daniel recently underwent a cardiac catheterization with percutaneous coronary intervention and drug-eluding stent placement in right coronary artery on 12/5/18. He will require 2-4 weeks recovery.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Zakaria Sheikhaden, DO

CC: No Recipients

PROMEDICA PHYSICIANS CARDIOLOGY
2940 N Mccord Rd
Toledo OH 43615-1753
Phone: 419-842-3000
Dept Fax: 419-842-3047

This letter was initially viewed by Daniel E Morris at 12/12/2018 11:47 AM.

MyChart® licensed from Epic Systems Corporation © 1999 - 2018